**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.                 **Case No. 04-40107-01**
                                     **10-4134-RDR**

JERRY L. ROBINSON,

        Defendant.

_____

**O R D E R**

This matter is presently before the court upon defendant's <u>pro se</u> motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. In light of the circumstances of this case as set forth in <u>Robinson v. Ledezma</u>, 2010 WL 4159461 (10th Cir. 2010), the court shall establish an abbreviated schedule for considering the instant motion. The court hereby directs the government to file a response within ten days of the entry of this order. The defendant may file a reply within ten days after the filing of the government's response. The court will decide whether to appoint counsel for the defendant after receipt of the government's response.

      **IT IS SO ORDERED.**

Dated this 5th day of November, 2010 at Topeka, Kansas.

                             s/Richard D. Rogers
                             United States District Judge