IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                            Case No. 04-40107-01-RDR

                                                      10-4134-RDR

JERRY L. ROBINSON,
        Defendant.

## MEMORANDUM AND ORDER

This matter is currently before the court on defendant's motion to vacate his conviction pursuant to 18 USC §2255. (Doc. # 53, filed 11/03/2010). The court includes in its consideration: the government response (Doc. # 55); the defendant's Letter (Doc. # 59); and defendant's reply to the government's response (Doc. # 68). The parties agree that defendant's § 2255 motion is fully submitted to the court for decision.

On consideration of the court file, statements and arguments of counsel and all other matters the court finds:

The government and the defendant mutually agree that defendant's conviction on Count 3 of the indictment, entered June 24, 2005, (doc. # 37) is void and must be vacated. Count 3 of the indictment alleged defendant possessed approximately 1300 grams of marijuana. The defendant did not admit to possession of a greater amount. An element of 21 U.S.C. 841(a)(1)(C), the violation of conviction, is that defendant possessed with the intent to distribute more than 50

1

kilos of marijuana. Possession of lesser amounts, such as in this case 1.3 kilos, is a violation of 21 U.S.C. 841(a)(1)(D).

The government and the defendant mutually agree and the court finds that the plea agreement is vacated based on mutual mistake and a failure of consideration. See *United States v. Lewis*, 138 F.3d 840 (10th Cir. 1998). Counts 1 and 2 of the indictment shall be reinstated pursuant to 18 U.S.C. § 3296.

The government and the defendant mutually agree the government will amend Count 3 of the Indictment by interlineation to allege a violation of 21 U.S.C. 841(a)(1)(D).

IT IS THEREFORE BY THE COURT ORDERED:

Defendant's motion pursuant to 18 USC §2255 is granted. Defendant's conviction on Count 3 of a violation of 21 U.S.C. 841(a)(1)(C) is hereby vacated; by mutual agreement of the parties' plea agreement (Doc. # 32) is vacated; counts 1 and 2 of the Indictment are reinstated; and the government may proceed to amend Count 3 of the Indictment by interlineation to allege a violation of 21 U.S.C. 841(a)(1)(D).

Further court proceedings in this matter have been scheduled for December 17, 2010, at 9:30 o'clock a.m.

Dated at Topeka, Kansas this 14th day of December, 2010.

                                                  s/Richard D. Rogers
                                                  United States District Judge